[This opinion has been published in *Ohio Official Reports* at 85 Ohio St.3d 1225.]

ORMANDY, APPELLANT, *v.* MECHENBIER ET AL., APPELLEES.

[Cite as *Ormandy v. Mechenbier*, 1999-Ohio-412.]

*Appeal dismissed as improvidently allowed.*

(No. 97-1738—Submitted May 5, 1999—Decided June 9, 1999.)

APPEAL from the Court of Appeals for Franklin County, No. 96APE12-1651.

————————————

*Butler, Cincione, DiCuccio, Dritz & Barnhart, N. Gerald DiCuccio, Gail M. Zalimeni* and *Stanley B. Dritz*, for appellant.

*Lane, Alton & Horst* and *Robert B. Graziano*, for appellees James A. Mechenbier and Greater Columbus Otolaryngology Head and Neck Surgery, Inc.

*Earl, Warburton, Adams & Davis, Ted L. Earl, Grier D. Schaffer* and *Christopher R. Walsh*, for appellee Mount Carmel Health.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————